**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2474**

_____

CONSTANCE HAUCK ADAMSON, a/k/a Constance Hauck Adamson, a/k/a Constance S. Hauck,

        Plaintiff - Appellant,

     v.

WORLD GOVERNMENT COMMUNIST PARTY; COMMUNIST PARTY OF WORLD GOVERNMENT; SOCIALIST PARTY OF WORLD GOVERNMENT; WORLD GOVERNMENT ON MY INSURED PROPERTY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., Senior District Judge. (6:15-cv-03497-HMH)

_____

Submitted: February 23, 2016    Decided: February 25, 2016

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Constance Hauck Adamson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Constance Hauck Adamson seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and dismissing her complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Adamson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED